UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**8679 TROUT, LLC,**

CASE NO: **2:10–CV–01569–MCE–EFB**

v.

**NORTH TAHOE PUBLIC UTILITY DISTRICT, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/8/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **September 8, 2010**

by: /s/ M. Marciel
Deputy Clerk